

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Robert Frazer*
*United States Attorney*

*David Inkeles*
Assistant U.S. Attorney
*Acting Deputy Chief, Civil Division*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*david.inkeles@usdoj.gov*

main: (973) 645-2700
direct: (973) 645-2813
fax:    (973) 297-2010

July 29, 2026

**<u>Via ECF</u>**
Honorable Claire C. Cecchi, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   Re: *Zacarias Molina v. Mullin, et al.*, **No. 26-8480 (CCC)**
     **Petitioner's Bond Hearing**

Dear Judge Cecchi:

   This Office represents Respondents in this habeas action. We respectfully write to inform the Court that, on July 28, 2026, Petitioner appeared for a bond hearing in immigration court in accordance with 8 U.S.C. § 1226(a). *See* Exhibit (Bond Order). At the hearing, the immigration judge granted bond. We respectfully request that the Court close this case and thank the Court for its consideration of this matter.

        Respectfully submitted,

        ROBERT FRAZER
        United States Attorney

SO ORDERED

 *s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 7/30/2026

     By: *s/ David Inkeles*
       DAVID INKELES
       Assistant United States Attorney
       Acting Deputy Chief, Civil Division
       *Attorneys for Respondents*